UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FIREMAN'S FUND INSURANCE COMPANY,

                    Plaintiff,

      -against-

M/V APL EGYPT, APL LIMITED, and
MITSUI O.S.K. LINES, LTD.,

                    Defendants.

------------------------------------------------------------x

07 Civ. 4604 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    A review of court records indicates that the complaint in this action was filed on May 31, 2007, and that no proof of service of the summons and complaint has been filed. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court, upon motion, or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice, as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the Court shall extend the time for service for an appropriate period.

    The plaintiff is directed to serve the summons and complaint on the defendants on or before December 20, 2007. If service has not been made on or before December 20, 2007, and if plaintiff fails to show cause, in writing, why service has not been made, the complaint may be dismissed, for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: New York, New York
       November 29, 2007

_____
GERARD E. LYNCH
United States District Judge