UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FIREMAN'S FUND INSURANCE COMPANY,

                    Plaintiff,

    -against-

M/V APL EGYPT, APL LIMITED, and
MITSUI O.S.K. LINES, LTD.,

                    Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

07 Civ. 4604 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      A review of court records indicates that the amended complaint in this action was filed on May 31, 2007, and that no proof of service of the summons and complaint has been filed. On December 3, 2007, the Court entered an order directing plaintiff to serve the summons and complaint on the defendants on or before December 20, 2007. The Court warned plaintiff that if service was not effected on or before December 20, 2007, and if plaintiff failed to show cause, in writing, why service had not been made, the complaint may be dismissed for failure to prosecute.

      As of January 14, 2008, there is no record of the defendant being served with the summons and complaint, and plaintiff has not provided any reason for failing to effect service. Accordingly, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, it is hereby

      ORDERED that the case be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated: New York, New York
       January 14, 2008

                                              _____
                                                GERARD E. LYNCH
                                           United States District Judge